IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |
|---|---|
| **MICHAEL CRUMPTON,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION FILE |
| VS. : | NO. 7:02-CV-124(HL) |
| : | |
| **PAULA JOHNS, WAYNE THRIFT,** : | |
| **JUNE GARTMAN, WILLIAM CLARK, and** : | |
| **OFFICER CROFT,** : | |
| : | |
| **Defendants.** : | |

# RECOMMENDATION

Pending at document # 21 in this *pro se* former prisoner § 1983 action is a motion which the Clerk of Court has docketed as a Motion for Default Judgment (against Defendant Croft). Plaintiff styled this motion "Motion for Defendant [Croft] to be served and Default Judgement Motion." A review of the electronic docket in this matter makes clear the fact that this defendant has never been served with the complaint for want of a proper service address. Further, Plaintiff's pending motion acknowledges the lack of service on Defendant Croft.

On June 2, 2006, Plaintiff was ordered to show cause by June 23, 2006, why Defendant Croft should not be dismissed due to the dictates of Federal Rule of Civil Procedure 4(m) (document # 36). A defendant who has not been served according to law necessarily can not be in default. Inasmuch as it is clear that Defendant Croft has never been served with the complaint herein, and to the extent that this motion appears on the motions pending list as a motion for default judgment it is the **RECOMMENDATION** of the undersigned that Plaintiff's Motion for Default Judgment be **DENIED.** Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District

Judge, WITHIN TEN (10) DAYS of receipt thereof.

     **SO RECOMMENDED,** this 8th day of June 2006.

                                                    */s/ Richard L. Hodge*
                                                    RICHARD L. HODGE
                                                    UNITED STATES MAGISTRATE JUDGE