**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **MICHAEL CRUMPTON,** : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE |
| VS. : | NO. 7:02-CV-124(HL) |
| : | |
| **PAULA JOHNS, WAYNE THRIFT,** : | |
| **JUNE GARTMAN, WILLIAM CLARK, and** : | |
| **OFFICER CROFT,** : | |
| : | |
| Defendants. : | |

**RECOMMENDATION**

On June 2, 2006, the court gave plaintiff Federal Rule of Civil Procedure 4(m) notice of its intention to dismiss Defendant Officer Croft for want of an appropriate service address (document # 36). That order also gave plaintiff until June 23, 2006, to show cause why his complaint against this defendant should not be dismissed in accordance with Rule 4(m) for failure to serve this defendant within one hundred and twenty days of filing. Plaintiff has now responded to the show cause order.

In his response plaintiff essentially states that he does not want this defendant to be dismissed. It is the finding of the undersigned that plaintiff has failed to show cause why this defendant should not be dismissed. The undersigned has already recommended that the other four defendants be granted summary judgment. For the reasons set out herein and for the reasons contained in the order to show cause of June 2, 2006, (document # 36) it is the **RECOMMENDATION** of the undersigned that Defendant Officer Croft be dismissed as a party pursuant to Federal Rule of Civil Procedure 4(m) for want of a proper service address resulting in no service upon this defendant within one hundred and twenty days of the filing of the

complaint. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

      **SO RECOMMENDED,** this 12th day of June 2006.

                                      */s/ Richard L. Hodge*
                                      RICHARD L. HODGE
                                      UNITED STATES MAGISTRATE JUDGE