# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **MICHAEL CRUMPTON,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 7:02-cv-124(HL) |
| : | |
| **PAULA JOHNS, WAYNE THRIFT,** : | |
| **JUNE GARTMAN, WILLIAM CLARK,** : | |
| **and OFFICER CROFT,** : | |
| : | |
| Defendants. : | |

## ORDER

The Recommendations of United States Magistrate Judge Richard L. Hodge, entered June 2, 2006 [doc 37], June 8, 2006 [doc 38] and June 12, 2006 [doc 41], in the above-captioned case are before the Court. Plaintiff has filed written objections to the Recommendation entered June 2, 2006, as permitted by 28 U.S.C. § 636(b)(1). The Court has considered the objections and finds them to be without merit. Plaintiff has not filed written objections to the Recommendations entered June 8, 2006, and June 12, 2006.

With respect to the Magistrate Judge's recommendation that the Motion for Summary Judgment of Defendants Johns, Thrift, Gartman, and Clark be granted, the Court finds that Plaintiff's objections fail to offer anything to persuade the Court that the Magistrate Judge erred or that questions of fact remain to be determined by a jury. Accordingly, the Recommendation of summary judgment in favor of Defendants Johns, Thrift, Gartman, and Clark is accepted by the Court.

With respect to the Magistrate Judge's recommendations that Plaintiff's Motion for Default Judgment against Defendant Croft be denied and that Defendant Croft be dismissed, Plaintiff has filed no objections. In response to a show cause order issued by the Magistrate Judge, Plaintiff previously argued that his case against Croft should be allowed to go forward. As did the Magistrate Judge, however, so does this Court find his reasoning unpersuasive. Accordingly, the Recommendation of dismissal of Defendant Croft is accepted by the Court and the Recommendation to deny the Motion for Default Judgment is also accepted.

In view of the foregoing, therefore, the Motion for Summary Judgment of Defendants Johns, Thrift, Gartman, and Clark is granted; Plaintiff's Motion for Default Judgment is denied; Defendant Croft is dismissed without prejudice. There being no other claims or defendants remaining, the Clerk is directed to enter final judgment.

**SO ORDERED**, this the 5th day of July, 2006.

                                        s/   Hugh Lawson
                                        **HUGH LAWSON, JUDGE**

mls